

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

## ORDER ON MOTION

Cause number:          01-17-00949-CV

Style:                 Khistina Caldwell Dejean v. Clenton Brown

Date motion filed*:    February 23, 2018

Type of motion:        Letter-Motion for Extension of Time to File Appellant's Brief

Party filing motion:   Pro se appellant Khistina Caldwell Dejean

Document to be filed:  Response to Jurisdictional Notice

Is appeal accelerated?        No.

If motion to extend time:

    Original due date:              February 26, 2018

    Number of extensions granted:      0      Current Due Dates:  February 26, 2018

    Date Requested:              N/A (60 days for brief)

Ordered that motion is:

    ☑ Granted, in part
        If documents are to be filed, documents due:  April 2, 2018.
    ☐ Denied
    ☐ Dismissed (*e.g.*, want of jurisdiction, moot)
    ☐ Other: _____

This Court's December 28, 2017 Order and Notice of Intent to Dismiss for Want of Jurisdiction had warned the appellant that this appeal was subject to dismissal for want of jurisdiction unless she timely responded within sixty days to show how this Court had jurisdiction.  Thus, appellant's extension request is construed as a motion for an extension of time to file her response to the jurisdictional notice and is **granted, in part, for 30 days** from this order.  Accordingly, if appellant fails to file a response showing how this Court has jurisdiction by **April 2, 2018**, this appeal may be dismissed for want of jurisdiction without further notice.  *See* TEX. R. APP. P. 42.3(a), (c).  If appellant timely files a satisfactory response, a briefing schedule may be set.

Judge's signature: /s/ Laura C. Higley
                ☑ Acting individually        ☐ Acting for the Court

Date:  March 1, 2018

November 7, 2008 Revision